# Court of Appeals
# of the State of Georgia

ATLANTA,   July 08, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1947. G&D CONSTRUCTION GROUP, INC. et al v. AUTO OWNERS INSURANCE COMPANY.

G&D Construction Group, Inc., George Puha a/k/a Gheorghe Puha, Doru Puha and Huisel Kim Puha filed a notice of appeal and amended notice of appeal from the trial court's order granting summary judgment to plaintiff Auto Owners Insurance Company. The notices of appeal indicated that the appellants sought to appeal to the Supreme Court. However, the case was inadvertently transmitted to and docketed in this Court. Based on the notices of appeal, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   07/08/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

    *Stephen E. Castlen*   *, Clerk.*